MASON *et al. vs.* KIRKPATRICK *et al.*

Where, on a bill for injunction, the parties are at issue as to the facts involved, the chancellor has a discretion to grant or refuse the injunction, and this court will not control such discretion.

December 7, 1886.

Injunction. Before Judge BROWN. Cobb Superior Court. March Term, 1886.

Report unnecessary.

IRWIN & IRWIN; J. E. MOZLEY, for plaintiffs in error.

CLAY & BLAIR, for defendants.

BLANDFORD, Justice.

The plaintiff filed his bill for injunction. The defendant answered the bill and denied the material allegations in the bill. The parties were at issue on the facts and the court refused the injunction.

The chancellor, under the facts in the case, had a discretion to grant or refuse the injunction. And this court will not control this discretion, as we have often decided in similar cases.

Judgment affirmed.